DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
REILLY T. STOLER, State Bar #310761
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3302
Facsimile: (415) 554-3837
E-Mail: reilly.stoler@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE ENG,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No. 26-cv-07163-CRB<br><br>**~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Trial Date: Not Set |

Based upon the motion and for good cause appearing, the Court ORDERS that:

The deadline for Defendant City and County of San Francisco to file any response to the complaint is extended to November 6, 2026.

IT IS SO ORDERED.

Dated: September 10, 2026

HONORABLE CHARLES R. BREYER
United States District Judge